In the Matter of Adoption of Savon, an Infant. Tryphenia G., Appellant; Onondaga County Department of Social Services, Respondent. (Appeal No. 2.) [807 NYS2d 917]—Appeal from an order of the Family Court, Onondaga County (Bryan Hedges, J.), entered September 8, 2004. The order dismissed the amended petition for adoption.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as *Matter of Savon* (26 AD3d 821 [2006]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.